# KINDLON and SHANKS
## ATTORNEYS AT LAW

7 WEST BAYBERRY ROAD
GLENMONT, NEW YORK 12077

TERENCE L. KINDLON
(518) 852-3101
tkindlon@kindlon.com

LAURIE SHANKS
(518) 852-3101
Lauries1224@gmail.com

JUNE 13, 2025

U.S. v. Francisco Emiliano Vasquez Hernandez 5:25–mj–00174-ML

U.S. Magistrate Judge Miroslav Lovric
United States Court House
Binghamton, New York 13261

SENT BY EMAIL

Dear Judge Lovric:

I was appointed CJA counsel to represent Francisco Emiliano Vasquez Hernandez on 6/11/25 and the case was immediately scheduled for both a detention hearing and a preliminary hearing, to take place on June 16, 2025. Yesterday I received notice that my client has been indicted, which renders the preliminary hearing unnecessary. Accordingly, only the detention hearing remains for resolution in this preliminary stage of the case.

My purpose in writing is to waive, or delay, the detention hearing so that counsel will have sufficient time to fully explore possible resolution of the matter. Please notify me if this request meets with your approval. Thank you.

RESPECTFULLY,
s/Terence L. Kindlon
Terence L. Kindlon
Attorney for Defendant Vasquez Hernandez

Cc:    cc:   United States Attorney